RECEIVED FEB 18 2004

FORM A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAR 29 2004

By: _____
                Deputy

ETHAN LEE PALMER )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

vs.                                    COMPLAINT

KERRY DEVINE )
JAMES KATCHER )
NATHAN CALLAHAN )
_____ )
_____ )          C04-2011 EJM
(Enter above the full name of the
defendant or defendants in this
action, if known.)

(NOTE: If there is more than one plaintiff, a separate sheet should be attached giving the information in parts I and II below for each plaintiff, by name.)

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( )   NO ( X )

   B. If your answer to A is YES, please answer the questions below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to previous lawsuit

         Plaintiffs    N/A
         _____
         _____

Defendants _NA_

2. Court (if federal court, name the district; if state court, name the county) _NA_
3. Docket Number _NA_
4. Name of judge to whom case was assigned _NA_

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NA_

6. Approximate date of filing lawsuit _NA_
7. Approximate date of disposition _NA_

II. Place of Present Confinement _BLACK HAWK COUNTY JAIL_

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES ( ) NO (X)

C. If your answer is YES,
   1. What steps did you take? _NA_
   2. What was the result? _NA_

D. If your answer is NO, explain why not _I WAS TOLD THEY BY STAFF THEY HAVE NO AUTHORITY OVER MY COMPLAINT_

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? YES ( ) _NA_ NO ( )

F.  If your answer is YES,

1. What steps did you take? _NA_

2. What was the result? _NA_

III. Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _ETHAN LEE PALMER_
   Address _225 E. 6TH ST (JAIL) 215 LOCUST ST (HOME) WATERLOO IA 50703_

B. Additional Plaintiffs _____

In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _KERRY DEVINE_ is employed as _INVESTIGATOR_ at _WATERLOO POLICE DEPARTMENT_

D. Additional Defendant(s) are/is employed as _JAMES KATCHER, COUNTY ATTORNEY_ at _BLACK HAWK COUNTY_
   _NATHAN CALLAHAN, JUDGE, BLACK HAWK COUNTY_

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(a)(3). Plaintiff(s)

5

allege(s) that the defendant(s) acted under color of state law with
regard to the facts state in Part V of this complaint.

V.  State of Claim

(State here as briefly as possible the FACTS of your case. You MUST
state exactly what each defendant personally did, or failed to do,
which resulted in harm to you. Include also the names of other persons
involved (for example, other inmates) and state the date and place of
all events. Attach an extra sheet <u>if necessary</u>, and write the heading
PART V CONTINUED at the top of the sheet. Keep to the facts. Do not
give any legal arguments or cite any cases.)

1. KERRY DEVINE (NOT GETTING FAIR TRIAL) *Not getting liberty to pursue happiness*

A. ON OR ABOUT 12/16/03 DID LIE (SLANDER) TO PAROLE OFFICER JOHN HARRINGTON STATING DEFENDANT ADMITTED TO ROBBERY (I DID NOT NOR DOES SHE SAY IT ANYWHERE IN TRIAL INFORMATION) SHOWING MALICE AND FALSE PRETENSE TO OBTAIN NO BOND HOLD FROM P.O.

B. LIED TO FAMILY MEMBERS (SAME LIE AS A.) CAUSING SEVERE DAMAGE TO REPUTATION AND MENTAL HEALTH.

C. OBTAINED COMPLAINT UNDER FALSE PRETENSE 12/16/03 SAYING WITNESS PICKED ME OUT WHEN IN FACT SHE SAID "LOOKED REAL SIMILAR"

D. ARRESTED ME WITHOUT PROBABLE CAUSE BECAUSE "SIMILAR" IS NOT ENOUGH.

E. LIED ON TRIAL INFORMATION SAYING JOSE GARCIA IDENTIFIED ME WHEN IN FACT HE DID NOT. (12/23/03)

VI. Relief

(State briefly <u>exactly what you want the Court to do for you</u>. Make no
legal arguments. Cite no cases or statutes.)

1. ORDER CASE DROPPED DUE TO LACK OF EVIDENCE

2. TERMINATION OR SUSPENSION OF EMPLOYMENT AND MONETARY AWARD COURT SEES FIT / IF ANY

1. KERRY DEVINE (CONT)
   F. UNREASONABLY SEARCHED HOUSE (5 OR 6) IN ONE WEEK PERIOD. 12/9/03 - 12/15/03
   G. MALICIOUSLY PROSECUTING CASE EVEN THOUGH NO PHYSICAL EVIDENCE, PRINTS RECOVERED NOT MINE AND ID ONLY SIMILAR.

2. JAMES KATCHER
   A. FILED KNOWINGLY FALSE TRIAL INFORMATION WITH COURT. WHEN SAYING GARCIA SAW ME AT PHONE
   B. THREATENED FIANCE WITH CRIMINAL CHARGES IF SHE DIDN'T TELL HIM WHAT HE WANTED TO HEAR.
   C. CONTINUES TO PRESS CASE WITH NO EVIDENCE OR LEGAL MERIT.

3. NATHAN CALLAHAN
   A. SET UNREASONABLE BOND OF $200,000
   B. SAID IN OPEN COURT, "YOU BOUGHT THE BIG TICKET THIS TIME." AREN'T I INNOCENT UNTIL PROVEN GUILTY? HOW CAN I POSSIBLY GET A FAIR TRIAL WHEN JUDGE, DA AND DETECTIVES DON'T CARE THAT I'M INNOCENT? (12/17/03)

*I ALSO WANT PEOPLE HELD RESPONSIBLE FOR THEIR ACTIONS. WHAT IS GOING ON IN THE JUDICIAL SYSTEM IN BLACK HAWK COUNTY IS NOT JUSTICE. THEY DO NOT FOLLOW ANY MORAL OR ETHIC CODE.*

VII. Statement Regarding Assistance in Preparing This Complaint

    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? YES ( )  No ( X )

    B. If your Answer is YES, name the person who assisted you.

    C. Signature of person who helped prepare complaint.

    (Date)      (Signature)

VIII. Signature(s) of Plaintiff(s)

Signed this  12  day of  FEBUARY , 2004 .

*Ethan J. Palmer*
(Signature)

Signatures of additional Plaintiffs, if any:

7